UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RODERICK D. WILLIAMS, :
    Plaintiff :
     :
  v. : CIVIL NO. 4:CV-07-618
     :
     : (Judge McClure)
WARDEN CAMERON LINDSEY, :
ET AL., :
    Defendants

**<u>ORDER</u>**

June 16, 2008

This *pro se* civil rights action was filed by Roderick Williams ("Plaintiff"), during his prior confinement at the Canaan United States Penitentiary, Waymart, Pennsylvania ("USP-Canaan"). Service of the complaint was previously ordered.

By Order dated October 5, 2007, Plaintiff's motion to withdraw his complaint without prejudice (Record document no. 33) was construed as a motion seeking voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(I). Williams' motion was granted and his action was dismissed without prejudice to renewal of his claims.

Presently pending is Plaintiff's motion filed January 7, 2008, requesting that the Warden stop taking money out of his inmate account since the required filing

fee ($ 350.00) for this matter has already been paid in full. *See* Record document no. 37.

Based on this Court's review of the docket, Plaintiff has paid the required filing fee in full. However, contrary to Williams' assertion his final partial payment of $33.55 was not made until February 11, 2008. *See* Record document no. 38. Furthermore, there is no indication that any monies in excess of the required filing fee have either been submitted to this Court or removed from Plaintiff's inmate account.[1] Finally, since the submission of his motion Williams has been transferred. In light of those factors, Plaintiff's motion will be denied. Consequently,

**IT IS HEREBY ORDERED THAT:**

>Plaintiff's motion requesting that correctional officials be directed to refrain from removing any additional funds from his inmate account (Record document no.37) is DENIED.

>s/James F. McClure, Jr.
>JAMES F. McCLURE, JR.
>United States District Judge

---

[1] This Court will take this opportunity to advise prison officials that any future withdrawal of funds from Williams' inmate account for the purpose of paying the filing fee for this matter would be improper.